MARY L. N. CURTIS, as Executrix of PIERSON C. CURTIS, Deceased, Respondent, *v.* HUDSON VALLEY RAILWAY COMPANY, Appellant.

*Curtis* v. *Hudson Valley Railway Co.*, 158 App. Div. 373, affirmed.
(Argued December 7, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1913, affirming a judgment in favor of plaintiff entered upon verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Lewis E. Carr* and *James McPhillips* for appellant.

*Edgar T. Brackett* and *John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN, MILLER and CARDOZO, JJ.; HISCOCK, J., dissents on the ground that improper evidence was received that the whistle did not blow and concerning the earnings of the decedent.